## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| SUSANNAH O'BRIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No._____ |
| | ) | |
| RUTHERFORD COUNTY BOARD | ) | COMPLAINT FOR DECLARATORY |
| OF EDUCATION, JAMES | ) | AND INJUNCTIVE RELIEF AND |
| SULLIVAN, *in his individual capacity* | ) | DAMAGES |
| *And in his official capacity as* | ) | |
| *Director of Rutherford County* | ) | **JURY DEMANDED** |
| *Schools,* | ) | |
| | ) | |
| Defendants. | ) | |

## EMERGENCY MOTION
## FOR A TEMPORARY RESTRAINING ORDER
## AND
## PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Susannah O'Brien ("Plaintiff"), by and through undersigned counsel, hereby moves this Court for a temporary restraining order and an order preliminarily enjoining the Defendants continued retaliation against her protected speech through separation of her employment as a school teacher and requiring her immediate reinstatement. In support of this Application, Plaintiff states:

The grounds for this Motion are set forth in a separate memorandum in support that is being filed contemporaneously herewith. For the reasons set forth in the memorandum, Plaintiff respectfully requests that this Court grant the requested temporary restraining order and/or preliminary injunction.

1

Pursuant to Fed. R. Civ. P. 65(b)(1)(A), the verified Complaint and Declaration of Sussanah O'Brien filed in this case demonstrate that the Defendants have violated and are continuing to violate Plaintiff's constitutional right to free speech under the First amendment to the United States Constitution.

In support of this Motion, Plaintiff relies upon her Declaration, the Declaration of Mark J. Downton and a Memorandum of Law submitted contemporaneously herewith.

WHEREORE, for the foregoing reasons, and for the reasons set forth in the memorandum filed in support of this motion, Plaintiff respectfully asks this Court to enter an Order temporarily restraining and enjoining Defendants from continued retaliation against Plaintiff's exercise of her free speech rights through separation of her employment, including immediate reinstatement with all rights, privileges and responsibilities of her position before Defendants violated her rights, and enjoining Defendants from subjecting her from any other retaliatory action related to her exercise of protected speech.

Plaintiff requests the Temporary Restraining Order in the absence of notice and hearing for the reasons set forth in the Memorandum of Law and the Affidavit of her attorney.

Respectfully submitted,

/s/ Mark J. Downton
The Law Office of Mark J. Downton
1025 Ashmore Drive
Nashville, Tennessee 37211
(615)275-6480

2

lawyerdownton@gmail.com

s/ Frank Ross Brazil
Frank Ross Brazil
Brazilclark, PLLC
760 E Argyle Ave.
Nashville, TN 37203
frank@brazilclark.com
615-730-8619


Attorneys for Plaintiff