IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSANNAH O'BRIEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:25-cv-01158 |
| RUTHERFORD COUNTY BOARD OF EDUCATION, JAMES SULLIVAN, *in his individual capacity* And in his official capacity as *Director of Rutherford County Schools*, | ) **JURY DEMANDED** |
| Defendants. | ) |

NOTICE OF FILING EXHIBIT TO COMPLAINT

Plaintiff gives Notice of Filing the Attached Exhibit D to her Verified Complaint. Counsel made a clerical error when preparing and filing this Exhibit and is correcting that error. The Exhibit is Attached filed herewith as "Exhibit D _ Letter and attachments.

Respectfully submitted,

/s/ Mark J. Downton
The Law Office of Mark J. Downton
1025 Ashmore Drive
Nashville, Tennessee 37211
(615)275-6480
lawyerdownton@gmail.com

s/ Frank Ross Brazil
Frank Ross Brazil
Brazil Clark, PLLC
760 E Argyle Ave.
Nashville, TN 37203
frank@brazilclark.com
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

Attorneys for Plaintiff