Motion (16) is DENIED.

*signature*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **SUSANNAH O'BRIEN** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-CV-01158 |
| | ) | |
| v. | ) | |
| | ) | |
| **RUTHERFORD COUNTY BOARD OF EDUCATION, JAMES SULLIVAN**, *in his individual capacity and in his official capacity as Director of Rutherford County Schools*, | ) ) ) ) ) | Judge Crenshaw |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO CONTINUE HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

COME NOW Defendants Rutherford County Board of Education and James Sullivan, *in his individual capacity and in his official capacity as Director of Rutherford County Schools* (collectively "Defendants") and respectfully move the Court to continue the hearing on Plaintiff's Emergency Motion for Temporary Restraining Order ("Motion"). As grounds, Defendants would state as follows:

Plaintiff's Motion seeks a temporary restraining order and preliminary injunctive relief in the form of enjoining the Defendants' alleged continued retaliation against her protected speech through separation of her employment as a school teacher and requiring her immediate reinstatement. The Defendants Rutherford County Board of Education and James Sullivan respectfully request the hearing on the Motion for Temporary Restraining Order be continued by **six (6) days** to **Thursday, October 16, 2025** or another date suitable to the Court. The Defendants were only served with this action on October 9, 2025 and learned of the hearing for the requested