UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSANNAH O'BRIEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-01158 |
| | ) |
| RUTHERFORD COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons discussed on the record during the October 10, 2025 hearing, Plaintiff's Emergency Motion (Doc. No. 6) is **DENIED IN PART** as to her request for a temporary restraining order, and **RESERVED IN PART** as to her request for a preliminary injunction. Counsel shall meet and confer regarding whether they can reach an agreed resolution of this case. If not, the parties shall meet with Magistrate Judge Frensley to determine what discovery is necessary (on an expedited basis) and dates for a hearing on the motion for a preliminary injunction.

To help the Court prepare for the preliminary injunction hearing, the parties shall file the following items at least one week before the hearing: (1) witness lists with a one to two sentence summary of the anticipated testimony; (2) exhibit lists; (3) any stipulations; and (4) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made the witness available for deposition.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE