# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| SUSANNAH O'BRIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-01158 |
| | ) | |
| RUTHERFORD COUNTY BOARD | ) | |
| OF EDUCATION, JAMES | ) | |
| SULLIVAN, *in his individual capacity* | ) | |
| *And in his official capacity as* | ) | |
| *Director of Rutherford County* | ) | |
| *Schools,* | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, jointly stipulate and agree, as evidenced by signature of counsel for all parties below, that the Court should dismiss this matter, and each count and claim included therein, with prejudice.

/s/ Mark J. Downton
Mark J. Downton, #20053
The Law Office of Mark J. Downton
1025 Ashmore Drive
Nashville, Tennessee 37211
(615)275-6480
lawyerdownton@gmail.com

Attorney for Plaintiff

/s/ Jeff Reed
Jeff Reed, #15000
HUDSON, REED & CHRISTIANSEN, PLLC
16 Public Square
P.O. Box 884

1

Murfreesboro, Tennessee 37133
(615) 893-5522
jreed@mborolaw.com

Attorney for Defendants

## PROPOSED ORDER

Based on the parties' stipulation, IT IS SO ORDERED. This matter is dismissed with prejudice. All other docketed deadlines and dates are vacated.

IT IS SO ORDERED.

Date:_____

_____
UNITED STATES DISTRICT JUDGE