**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **SUSANNAH O'BRIEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **No. 3:25-cv-01158** |
| | ) |
| **RUTHERFORD COUNTY BOARD OF** | ) |
| **EDUCATION, and** | ) |
| **JAMES SULLIVAN, in his individual** | ) |
| **capacity and in his official capacity as** | ) |
| **Director of Rutherford County Schools,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 22), and Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**. This is a final

order. The Clerk shall close the file. All pending motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE